IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10cr0046 |
| | ) | |
| | ) | JUDGE HAYNES |
| STEVEN DWAYNE PITTMAN | | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Steven Dwayne Pittman's motion to suppress (Docket Entry No. 30) is **DENIED**.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge