UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-cr-00046 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| STEVEN DWAYNE PITTMAN | ) | |

**MOTION TO CONTINUE TIME TO RESPOND**

The United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Braden H. Boucek, Assistant United States Attorney, respectfully requests thirty days in which to respond to the defendant's Motion to Suppress Evidence, docket no. 94. In support thereof, the United States submits that the defendant has already filed a motion to suppress supported by lengthy filings. The latest motion contains a new argument requiring substantial preparation. Undersigned counsel has a full calendar and respectfully submits a continuance of 30 days, or until February 1, 2013, to respond. Defense counsel does not object.

*[handwritten annotation: ORDER — This motion is GRANTED. [signature] 1-7-13]*

Respectfully Submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: s/ B. H. Boucek
BRADEN H. BOUCEK
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151