UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-cr-00046 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| STEVEN DWAYNE PITTMAN | ) | |

**MOTION TO POSTPONE EVIDENTIARY HEARING**

The United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Braden H. Boucek, Assistant United States Attorney, respectfully pleads as follows. On October 26, 2012, after appointment of new counsel, this Court issued a new scheduling order. Docket Entry No. 91. In that order, this Court set January 28, 2013 for any necessary evidentiary hearing. On December 31, 2013, the defendant filed a second motion to suppress. Docket Entry No. 94. The United States asked for and received until February 1, 2013 to respond. Docket Entry No. 96. It is unclear on the docket if the evidentiary hearing even remains on the schedule or not in light of the Court's extension. Nevertheless out of an abundance of caution, the United States moves for the January 31, 2013 evidentiary hearing to be postponed until further notice by this Court.

ORDERED This motion is GRANTED Counsel shall submit an Agreed Order for a new hearing date on a Monday or Friday within 30 days of this Order. [signature] 1-25-13

Respectfully Submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: s/ B. H. Boucek
BRADEN H.BOUCEK
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151