IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:10-CR-00046 |
| | ) | JUDGE HAYNES |
| STEVEN PITTMAN | ) | |

**JOINT MOTION FOR RESETTING STATUS CONFERENCE**

*[Handwritten annotation: Granted. This motion is GRANTED. The conference is reset for May 24, 2013 at 2:30 pm. It is so ORDERED. 5-20-13]*

Come now the parties, and hereby jointly move the Court to set this matter for a status conference.

The parties would show that the status conference previously scheduled for May 1, 2013, was cancelled by the Court. Accordingly, the parties jointly would move the Court to reset this matter for a status conference, and would suggest the following available dates:

May 22, 23, or 24.

Respectfully submitted,

s/ Travis Hawkins
HAWKINS LAW FIRM

s/ Braden Boucek
ASSISTANT U.S. ATTORNEY
By GTH with permission

**Certificate of Service**

I certify that on May 10, 2013, a copy of the above motion was served upon Assistant United States Attorney Braden H. Boucek by e-filing a copy to the same.

/s Travis Hawkins
HAWKINS LAW FIRM