IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:10-00046 |
| | ) | JUDGE WILLIAM J. HAYNES, JR. |
| STEVEN DWAYNE PITTMAN | ) | |

## SECOND MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Paul Bruno, counsel for Mr. Pittman, and hereby respectfully moves this Honorable Court to allow him to withdraw as counsel of record in this matter. As grounds for this motion, counsel for Mr. Pittman would state and show that Mr. Pittman does not want counsel to continue to represent him in this matter. Further, due to circumstances regarding counsel's ability to properly prepare for trial that are similar to those that existed prior to filing the first *Motion To Withdraw As Counsel of Record*, counsel for Mr. Pittman is not prepared to represent Mr. Pittman at the trial on Tuesday, March 25, 2014, as required by the Sixth Amendment to the United States Constitution.

Counsel for Mr. Pittman is available late Monday afternoon should the Court want to conduct a hearing regarding this motion before the trial date of Tuesday, March 25, 2014.

Respectfully submitted,

*[handwritten annotation: Denied. This motion to be granted. [signature] 3-21-14]*

s/ *Paul Bruno*
Paul Bruno, B.P.R. #17275
The Bruno Firm
218 Third Avenue, North, Suite 200
Nashville, Tennessee 37201
(615) 251-9500
paulbruno@thebrunofirm.com