IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00046 |
| | ) | Judge Haynes |
| | ) | |
| STEVEN DWAYNE PITTMAN | ) | |

Motion to Withdraw as Counsel

*[Handwritten annotation: ORDER — The motion is GRANTED. /s/ [Judge] 3-21-14]*

Comes Hershell Koger, co-counsel for the Defendant, and joins with lead counsel Paul Bruno's Second Motion to Withdraw as Counsel of Record filed at D.E. 144. Co-counsel submits that he is similarly situated as lead counsel Mr. Bruno, in that co-counsel's ability to prepare for trial is impacted due to the same circumstances which existed prior to the filing of lead counsel Bruno's first Motion to Withdraw as Counsel of Record.

Based upon the 2 meetings co-counsel has had with lead counsel Bruno and the Defendant, and the case-work co-counsel has undertaken with lead counsel, co-counsel is in agreement with lead counsel Bruno's assessment and approach to the case. Fundamentally, co-counsel is in the same posture in the case as lead counsel Bruno is. Additionally, co-counsel has had a relatively limited role in the case, precluding co-counsel from currently being substantively effective in any position other than a supporting role in the absence of lead counsel Bruno representing Defendant.

Accordingly, co-counsel moves to withdraw concurrent with lead counsel Bruno.

Respectfully submitted,

s/ Hershell Koger
Hershell Koger
P.O. Box 1148 Pulaski, TN 38478
(931) 424-0882 kogerlaw@hotmail.com