UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) No. 3:10-cr-00046<br>) CHIEF JUDGE HAYNES<br>) |
| STEVEN DWAYNE PITTMAN | ) |

**MOTION FOR A STATUS CONFERENCE**

The United States respectfully moves for a ruling on whether the trial, currently set for March 25, 2014, will continue now that the defendant's two attorneys have withdrawn. The United States is not moving for a continuance, but one may be necessary if this Court is going to provide the defendant with a new attorney or order the defendant to proceed pro se.

There is one out-of-state witness who will travel under the assumption that there is a trial who could be spared the expense and time if this matter is to be reset. Furthermore, court personnel may no longer need to take the steps to assemble a jury pool. This trial may or may not be able to go forward as planned, depending on if the defendant has waived his right to counsel. The United States respectfully submits that a prompt ruling would be helpful and spare court personnel, witnesses, and government time and expense.

If this Court deems it helpful and necessary to rule, the United States respectfully moves for a status conference to be set on Monday, March 24, 2014, as early as practicable.