IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00046 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| STEVEN DEWAYNE PITTMAN | ) | |

## ORDER

In accordance with the verdict of the jury, the Defendant was found **GUILTY** as to counts 1 and 2 of the Superceding Indictment. A sentencing hearing will be set be separate order.

It is so **ORDERED**.

ENTERED this the 22nd day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge