IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00046 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| STEVEN DEWAYNE PITTMAN | ) | |

## ORDER

The sentencing hearing is set in this action for **Friday, July 11, 2014 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Monday, July 7, 2014,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the 22nd day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge