UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:10-00046 |
| v. | ) | CHIEF JUDGE HAYNES |
| | ) | |
| STEVEN PITTMAN | ) | |

## MOTION TO CONTINUE

The United States respectfully moves this Honorable Court to continue the defendant's sentencing hearing for at least an additional thirty additional days. The defendant was not contacted prior to the filing of this motion because he is a pro se litigant.

Respectfully Submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: s/ B. H. Boucek
BRADEN H. BOUCEK
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

*[Handwritten annotation: "This motion is GRANTED." with signature and date 6-4-14]*

1