IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:10-cr-00046 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| STEVEN DWAYNE PITTMAN | ) | |

**ORDER**

The Sentencing Hearing set in this action for Friday, August 29, 2014 at 3:30 p.m. is **RESET** for **Friday, September 5, 2014 at 11:00 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 1st day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge