UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:10-cr-00046 |
| v. | ) | CHIEF JUDGE HAYNES |
| | ) | |
| STEVEN DWAYNE PITTMAN | ) | |

**MOTION TO SET HEARING**

The United States respectfully moves for a prompt hearing in this matter. On November 24, 2014, the defendant, *pro se*, filed a motion for judgment of acquittal and a motion for appointment of Kathleen Morris as counsel. DE# 181. This Court had previously ruled that the defendant had waived his right to counsel and appointed Ms. Morris to be elbow counsel. The motion for judgment of acquittal makes allegations that may preclude Ms. Morris from representing the defendant.

The United States therefore respectfully requests that this Court set the motion for appointment of counsel for a hearing as soon as practicable. The United States requests the right to make a record on this matter. The United States further requests leave from this Court to refrain from replying to the defendant's motion for judgment of acquittal, as well as the defendant's sentencing objections, until this Court rules on whether Ms. Morris can represent the defendant.

*ORDER*

*This motion is Granted.*
*The hearing is set for October 3, 2014 at 10:00 am*

*[signature] 9-26-14*

Respectfully Submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

By: **s/ B. H. Boucek**
BRADEN H. BOUCEK
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2014, I electronically served one copy of the foregoing by using the CM/ECF system, which will send a Notice of Electronic Filing to defendant's counsel, and first class mail to the defendant at:

Steven Dwayne Pittman
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

                                                                                                       s/ B. H. Boucek
                                                                                                        BRADEN H. BOUCEK
                                                                                                        Assistant United States Attorney
                                                                                                        110 9th Avenue South - Suite A-961
                                                                                                        Nashville, Tennessee 37203-3870
                                                                                                        Telephone: 615-736-5151