UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:10-cr-00046 |
| v. ) | JUDGE HAYNES |
| ) | |
| STEVEN DWAYNE PITTMAN ) | |

## ORDER RELIEVING COUNSEL OF THE ATTORNEY/CLIENT PRIVILEGE

This Court recognizes that the defendant makes allegations in his Motion for Judgment of Acquittal, and attaches communications with his attorneys in support thereof. It is necessary for his attorneys to address the issues posed in the motions, this Court therefore hereby orders a limited waiver of the attorney/client privilege. This waiver extends only as far as is necessary to address the issues the defendant has raised. This waiver applies to all attorneys who have represented the defendant in this matter.

_____
THE HONORABLE WILLIAM J. HAYNES
United States District Court Judge

10-6-14
DATE

1