IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 3:10-cr-00046 |
| v. | ) | Judge Haynes |
| | ) | |
| STEVEN DEWAYNE PITTMAN | ) | |

## ORDER

The sentencing hearing in this action currently set for Monday, November 3, 2014 at 3:00 p.m is hereby reset for **Monday, November 3, 2014 at 10:30 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 20th day of October, 2014.

_____
WILLIAM J. HAYNES, JR.
United States District Judge